# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| DONALD WASSINK, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>AFFILIATED COMPUTER SERVICES, INC., A DELAWARE CORPORATION; and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No.: SACV11-0554 CJC (MLGx)<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE** |

Based upon the Stipulation of Dismissal entered into by Plaintiff DONALD WASSINK and Defendant AFFILIATED COMPUTER SERVICES, INC. (collectively, the "Parties"),

IT IS HEREBY ORDERED the Court's November 20, 2012 Order dismissing this matter <u>without</u> prejudice (Dkt. No. 86) is vacated. The above-captioned action, including any and all claims for penalties and/or prejudgment interest, attorney's fees, and costs, is dismissed <u>with prejudice</u>. Except as provided by the Stipulation of

DB2/ 23694323.1

the Parties, each Party shall bear his or its own costs and attorney's fees.

IT IS SO ORDERED.

DATED:     **12/10/12**           By: _____
                                        UNITED STATES DISTRICT JUDGE

DB2/ 23694323.1